**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2274**

_____

In re: WILLIAM KEVIN GLOVER,

        Petitioner.

_____

On Petition for Writ of Prohibition to the United States District Court for the Northern District of West Virginia, at Clarksburg.  (1:22-cr-00066-TSK-MJA-1)

_____

Submitted:  March 28, 2024                                           Decided:  April 1, 2024

_____

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

William Kevin Glover, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Kevin Glover petitions for a writ of prohibition, asking this court to prohibit the district court from exercising jurisdiction over his criminal charges and ordering the court to show cause why he should not be immediately released. We conclude that Glover is not entitled to the relief he seeks. "[A] writ of prohibition is a drastic and extraordinary remedy which should be granted only when the petitioner has shown [that] his right to the writ [is] clear and undisputable[,] . . . that the actions of the court were a clear abuse of discretion," *In re Vargas*, 723 F.2d 1461, 1468 (10th Cir. 1983), and that he has "no other adequate means to attain the desired relief," *In re Sch. Asbestos Litig.*, 921 F.2d 1310, 1314 (3d Cir. 1990) (cleaned up). A writ of prohibition may not be used as a substitute for appeal. *In re Vargas*, 723 F.2d at 1468; *see United States v. Foster*, 296 F.2d 249, 251 (4th Cir. 1961). The relief sought by Glover is not available by way of a writ of prohibition. Accordingly, we deny Glover's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2